# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>SAM N. SOLIMAN<br><br>*Defendant* | )<br>)<br>) Case No. 6:21-po-00293 HBK<br>)<br>)<br>) |

**ORDER TO PAY**
**PROBATION PURSUANT TO A DEFERRED JUDGMENT**
**AGREEMENT BETWEEN THE PARTIES**

    The defendant having been found guilty of an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

    **IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.

Date: 9/14/2021

*(signed)* Helena M. Barch-Kuchta

**Helena Barch-Kuchta**
*United States Magistrate Judge*

AO 246 (Rev. 01/14)  Probation Order Under 18 U.S.C. § 3607 (Page 2)

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of unsupervised probation by 7/14/2022.

2. The defendant shall pay $960.00 fine, a $30.00 processing fee, and a $10.00 special assessment for a total payment of $1000.00 due on or before 7/14/2022.

   CENTRAL VIOLATIONS BUREAU
   PO BOX 780549
   San Antonio, TX 78278
   1-800-827-2982-or-
   Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

3. The defendant shall complete 20 hours of community service and provide proof of completion to the court through his counsel on or before 7/14/2022.

4. The defendant shall report to the Yosemite Valley Jail or a US Marshals office for post plea booking within 30 days or by 10/14/2021.

5. The defendant is ordered to personally appear for Probation Review Hearings on 8/16/2022 at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.

6. Two weeks before each Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on Judge Barch-Kuchta's chamber's page. If defendant is in full compliance with the terms of probation and the government agrees, defendant may move to vacate the Review Hearing. Prior to the final Review Hearing, if defendant is in compliance and the government agrees, defendant may move to vacate the final Review Hearing and terminate probation.